

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 1 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | SA15- 452M |
| v. | |
| ERIC EFREN TREJO | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of ___defense counsel_____, IT IS ORDERED that a detention hearing
is set for ____SEPT 2 2015_____, ~~2015~~_____, at ___200___ ☐a.m. / ☒p.m. before  the
Honorable _Douglas F. McCormick, United States Magistrate Judge__, in Courtroom __6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
_____*(Other custodial officer)*_____

Dated: ____9/01/2015_____          ___**DOUGLAS F. McCORMICK**___
                                       ~~U.S. District Judge~~/Magistrate Judge