UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SAMJ 15-00452-M |
| Plaintiff, | ) ) | ORDER OF DETENTION |
| v. | ) ) | |
| ERIC EFREN TREJO, | ) ) | |
| Defendant. | ) ) | |

The Defendant's motion for review of the Magistrate Judge's detention order and for release is **DENIED**. The Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of the community. The Court has considered (i) the nature and circumstances of Defendant's alleged bank robberies; (ii) the weight of the evidence against Defendant; (iii) the history and characteristics of Defendant; and (iv) the nature and seriousness of the danger to the community.

/

/

The Government has presented sufficient evidence that Defendant poses a very serious danger to the community. Specifically, Defendant and two other individuals allegedly were involved in as many as 10 bank robberies in Southern California since April of this year. These robberies included "takeover" robberies and, most troubling in one instance, pointing a firearm over the teller desk. All the robberies undoubtedly resulted in the bank employees suffering severe emotional distress. The robberies were committed with a heartless and cowardly disregard for those bank employees' well-being. The only reasonable way to protect the public from further crimes of Defendant and assure the safety of the community is to detain him.

IT IS THEREFORE ORDERED that Defendant be detained prior to trial.

IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

IT IS FURTHER ORDERED that Defendant be afforded reasonable opportunity for private consultation with counsel.

IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which Defendant is confined deliver Defendant to a United States marshal for appearance at any future court proceeding.

Dated: September 11, 2015

_____
HONORABLE CORMAC J. CARNEY
United States District Judge